**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AMENDMENTS TO THE LOCAL RULES ) | MISC NO. 3:25-mc-0003 |
| OF THE DISTRICT COURT OF THE ) | |
| VIRGIN ISLANDS ) | |
| ) | |
| _____ ) | |

**ORDER**

**WHEREAS,** on January 31, 2025, the Court issued an Order establishing an Advisory Committee on Rules (the "Committee") to, *inter alia,* review the local rules of the District Court of the Virgin Islands and appointed nine members from the Virgin Islands legal community to serve on the Committee;

**WHEREAS,** Kimberly L. Cole, Esq., an attorney appointed to serve on the Committee, notified the Court of her impending retirement from the United States Attorney's Office, has requested to withdraw as a member on the Committee, and that an individual be appointed to replace her on the Committee;

**WHEREAS,** Angela Tyson-Floyd, Esq., has indicated that she is ready, willing, and able to serve as a member on the Committee;

Accordingly, it is hereby

**ORDERED** that Kimberly L. Cole, Esq.'s request to withdraw as a member on the Advisory Committee on Rules is **GRANTED;** it is further

**ORDERED** that Angela Tyson-Floyd, Esq. is hereby **APPOINTED** as a committee member to the Advisory Committee on Rules; it is further

IN RE: AMENDMENTS TO THE LOCAL RULES OF THE DISTRICT COURT OF THE VIRGIN ISLANDS
MISC NO. 3:25-mc-0003
ORDER
Page 2

**ORDERED** that the provisions of this Order shall become effective as of the date of this Order; and it is further

**ORDERED** that copies of this Order be provided to all members on the Committee and to all other appropriate parties.

**DONE AND SO ORDERED.**

**Dated:** May 22, 2025                                         */s/ Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                **Chief Judge**